UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BRIAN McSHANE, | ) | No. ED CV 09-01243-CAS (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| MATTHEW CATE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which Respondent has objected.

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge, and (2) Judgment be entered

//
//
//
//

1  conditionally granting the Petition for Writ of Habeas Corpus unless
2  the State elects within 90 days of this Judgment becoming final to
3  retry Petitioner.

DATED: March 5, 2012

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE