JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BRIAN McSHANE, | ) | No. ED CV 09-01243-CAS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Judgment be entered conditionally granting the Petition for Writ of Habeas Corpus unless the State elects within 90 days of this Judgment becoming final to retry Petitioner.

DATED: March 5, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE