UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRIAN MCSHANE,<br><br>              Petitioner,<br><br>     v.<br><br>MATTHEW CATE,<br><br>              Respondent. | CASE NO. ED CV 09-1243-GW (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND GRANTING IN PART CERTIFICATE OF APPEALABILITY |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which the parties have objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

   Further, for the reasons stated in the Report and Recommendation, the Court finds that, as to Petitioner's claim that he was prejudiced by trial counsel's ineffective assistance, Petitioner has established that reasonable jurists would find the district court's assessment of Petitioner's constitutional claim was debatable.  *See* 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 330 (2003). For this reason, a certificate of appealability as to this issue is

GRANTED. As to his other claims, Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is DENIED. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*, 537 U.S. at 336.

DATED:    July 30, 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED09CV01243GW-O.wpd