UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS BRIAN MCSHANE, | ) | CASE NO. ED CV 09-1243-GW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 30, 2014.

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED09CV01243GW-J.wpd