UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRIAN MCSHANE, | CASE NO. EDCV 09-1243-GW(PJW) |
| Petitioner, | ORDER GRANTING HABEAS CORPUS PETITION |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

Pursuant to the April 12, 2016 mandate of the Ninth Circuit Court of Appeals,

IT IS ORDERED that Judgment be entered conditionally granting the Petition for Writ of Habeas Corpus unless the State elects within 60 days of this Judgment becoming final to retry Petitioner.

IT IS SO ORDERED.

DATED: April 29, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\GW\194 cases\LA09CV01243GW-O.wpd