UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRIAN MCSHANE,<br><br>     Petitioner,<br><br>     v.<br><br>MATTHEW CATE, Secretary,<br>California Department of<br>Corrections and Rehabilitation,<br><br>     Respondent. | CASE NO. CV 09-1243-GW(PJW)<br><br>J U D G M E N T |

   Pursuant to the order filed herewith,

   IT IS ADJUDGED that Judgment be entered conditionally granting the Petition for Writ of Habeas Corpus unless the State elects within 60 days of this Judgment becoming final to retry Petitioner.

   DATED:   April 29, 2016.

*(signed)* George H. Wu
_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA09CV01243GW-J.wpd